IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAMELA K. HERRIES,<br><br>  Defendant. | Case №:2:16-po-00283 EFB<br><br>**ORDER APPOINTING COUNSEL** |

    CJA Panel attorney Jennifer Mouzis, 331 J Street, Suite 200, Sacramento, California 95814, is hereby appointed effective October 26, 2016, the date the Office of the Federal Defender first contacted her.

    OFFENSE: Taking Possession of, Occupying, or Otherwise Using National Forest System Lands (F4927929)

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 10/27/2016

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL